IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN J. PAULSON and
ACUITY, a Mutual Insurance Company,

JUDGMENT IN A CIVIL CASE

    Plaintiffs,

Case No. 11-cv-303-bbc

v.

WISCONSIN CENTRAL LTD.,

    Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting summary judgment in favor of defendant Wisconsin Central Ltd. and dismissing this case.

_____      5/15/12
Peter Oppeneer, Clerk of Court      Date